IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN KIEDROWSKI,

    Plaintiff,                 No. CIV S-10-0324 KJM P

   vs.

K. PROSPER, et al.,

    Defendants.           ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and has consented to Magistrate Judge jurisdiction. By order filed May 7, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 15, 2010.

_____
U.S. MAGISTRATE JUDGE

kied0324.fta

1